

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2021

No. 04-20-00220-CR

Rickey Donnell **CRAWFORD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 7034
Steve Hilbig, Judge Presiding

## **O R D E R**

Sitting:  Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Lori I. Valenzuela

The panel has considered Appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court